**UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 6,1
Eastern Division**

Lucio Barrera

                       Plaintiff,

v.                                         Case No.: 1:15−cv−04952
                                                  Honorable Samuel Der−Yeghiayan

DNJ Intermodal Services, LLC

                       Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Thursday, June 25, 2015:

      MINUTE entry before the Honorable Samuel Der−Yeghiayan: Plaintiffs having filed a notice of voluntary dismissal [8], the instant action is hereby order dismissed without prejudice pursuant to FRCP 41(a)(1). Civil case terminated. Mailed notice (lcw, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.